

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Michaels Stores, Inc. dba Michaels**  
Bankruptcy Case: **Fred's Inc.**  
Preference Period: **Jun 11, 2019 - Sep 9, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | Wire:8/6/2019 | $172,500.00 | 8/6/2019 | SettlementAgreement | 7/16/2019 | $172,500.00 |
| **Totals:** | 1 transfer(s), | $172,500.00 | | | | | |